UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Phillip M. Harris,

    Petitioner,

        v.                                       Case No.   1:15cv372

Warden, Ross Correctional
Institution,                               Judge Michael R. Barrett

    Respondent.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on March 8, 2016 (Doc. 12).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 12) of the Magistrate Judge is hereby **ADOPTED.** Respondent's Motion to Transfer (Doc. 10) is **GRANTED** and this matter is **TRANSFERRED** to the United States Court of Appeals for the 6th Circuit consistent with the recommendation by the Magistrate Judge.

    **IT IS SO ORDERED.**

                                                             *s/Michael R. Barrett*
                                                             Michael R. Barrett
                                                             United States District Judge